JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FREDDRICK T.,

        Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security.

        Defendant.

Case No. 5:25-cv-00076-HDV-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: 02/17/26_____

                        _____
                        HON. HERNAN D. VERA
                        UNITED STATES DISTRICT JUDGE